IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACIE EVANS, )<br>)<br>Defendant. ) | No. 12-00280-01-CR-W-DW |

## ORDER

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation to Deny Defendant Acie Evans's (the "Defendant") Motion to Suppress Evidence. See Docs. 21, 43. The Defendant filed Objections to the Magistrate's Report and Recommendation (Doc. 44). After an independent review of the record, the applicable law and the parties' arguments, the Court ADOPTS the Magistrate's Report and Recommendation (Doc. 43). Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and DENIES the Defendant's Motion to Suppress Illegally Obtained Evidence and Statement (Doc. 21).

IT IS SO ORDERED.

Date:  January 10, 2013                                       /s/ Dean Whipple
                                                                                                                         Dean Whipple
                                                                                               United States District Judge